UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN E. KISSANIS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. H-03-3658 |
| § | |
| FAM MARINE SERVICES, INC., § | |
| § | |
| Defendant. § | |

## MEMORANDUM AND ORDER

Pursuant to the stipulation of the parties, the Court hereby **EXTENDS** the response deadline for Defendant's motion for summary judgment. Plaintiff's response will be considered timely if filed on or before February 21, 2006.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 3rd day of February, 2006.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.

1